AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 OCT 26 PM 4:33

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.

Sarah Larock

Defendant

)
)
)   Case No.  1:16-cr-121-4
)
)
)
)

RECEIVED
2016 OCT 21 AM 9:3_
U.S. MARSHALS SERVICE
DISTRICT OF VERMONT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sarah Larock                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance, and cocaine base and fentanyl, Schedule II controlled substances, in violation of 21 U.S.C. § 846

Date:  10/21/2016

Lisa Wright
*Issuing officer's signature*

Lisa Wright, Deputy Clerk
*Printed name and title*

City and state:   Burlington, Vermont

### Return

This warrant was received on *(date)* 10/21/16, and the person was arrested on *(date)* 10/25/16
at *(city and state)* BURLINGTON VT.

Date:  10/25/16

_____
*Arresting officer's signature*

/ SHIV — SDUSM
*Printed name and title*